JANE HASTEDT, Individually and as Testatrix of the Estate of MARK HASTEDT, Deceased, Respondent, v BOVIS LEND

LEASE HOLDINGS, INC., et al., Respondents-Appellants. BOVIS LEND LEASE HOLDINGS, INC., et al., Third-Party Plaintiffs-Respondents-Appellants, v K.C. MASONRY, INC., Third-Party Defendant-Appellant-Respondent. GEORGE A. NOLE & SON, INC., Third-Party Plaintiff-Respondent-Appellant, v K.C. MASONRY, INC., Third-Party Defendant-Appellant-Respondent. [60 NYS3d 868]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph and Troutman, JJ.